IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**DWAYNE CLINE NIMMONS,**

    Plaintiff,

vs.                                    Case No. 4:07cv433-RH/WCS

**BILL MCCOLLUM**, et al.,

    Defendants.

                                 /


## AMENDED REPORT AND RECOMMENDATION

    Plaintiff has filed a civil rights complaint under 42 U.S.C. § 1983 against a multitude of state officials. Doc. 1. Plaintiff did not pay the filing fee nor, at the time I entered the prior report and recommendation, doc. 3, had Plaintiff submitted a motion seeking leave to proceed *in forma pauperis*. Two days after the report and recommendation was entered on the docket, doc. 3, Plaintiff filed a motion seeking leave to proceed *in forma pauperis*, doc. 4. This motion should be denied.

    Plaintiff previously filed a prisoner civil rights case in this district, number 4:01cv161-RH, which was dismissed for failure to state a claim on June 5, 2001. Doc. 8. Plaintiff appealed the dismissal and the appeal was dismissed by the Eleventh Circuit as frivolous. Doc. 26. Both dismissals count as "strikes" pursuant to 28 U.S.C. §

1915(g). Plaintiff also filed another prisoner civil rights case, number 4:01cv01-WS, which was similarly dismissed for failure to state a claim. That dismissal means Plaintiff has had *at least* three cases dismissed on the grounds that they were frivolous or failed to state a claim upon which relief may be granted. Therefore, pursuant to 28 U.S.C. § 1915(g), Plaintiff is not entitled to proceed *in forma pauperis* in federal court. Plaintiff is well aware that he is unable to proceed without full, prepayment of the filing fee because he has had prior cases dismissed in this Court under 28 U.S.C. § 1915(g). Case 4:03cv02, case 4:05cv170, case 4:05cv243, and case 4:05cv245.

The instant complaint does not allege that Plaintiff is under imminent danger of serious physical harm. None of the named Defendants are physically near Plaintiff. The allegations continue to challenge his arrest, the criminal process, and his conviction, claims which may not proceed in a civil rights case, even if Plaintiff had paid the filing fee. Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, this case should be dismissed. The dismissal should be without prejudice to Plaintiff presenting his allegations in a complaint for which he pays the full $350.00 filing fee at the time of filing.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** and the motion for *in forma pauperis* status, doc. 4, be **DENIED** because Plaintiff is not entitled to proceed *in forma pauperis*.

**IN CHAMBERS** at Tallahassee, Florida, on October 23, 2007.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**