# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DWAYNE CLINE NIMMONS,

    Plaintiff,

v.                                                                           CASE NO. 4:07cv433-RH/WCS

BILL McCOLLUM, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's amended report and recommendation (document 5). The report and recommendation correctly concludes that this action should be dismissed.

Plaintiff also has filed a "notice of appeal" announcing that plaintiff "hereby appeals to the United States Supreme Court from the final judgment entered in this action as of the 1st day of November, 2007." (Document 6.) No final judgment was entered in this action on November 1, 2007. That was the date of the report and recommendation, which of course was not a final judgment. Moreover, any appeal from a final judgment in this action will lie only to the United States Court

of Appeals for the Eleventh Circuit, not to the Supreme Court. And plaintiff will not be able to appeal *in forma pauperis*, because any appeal would be frivolous. I hereby certify pursuant to 28 U.S.C. §1915(a)(3) and Federal Rule of Appellate Procedure 24(a) that plaintiff's appeal is not taken in good faith and that plaintiff is not otherwise entitled to proceed *in forma pauperis* on appeal.

For these reasons,

IT IS ORDERED:

The amended report and recommendation (document 5) is ACCEPTED and adopted as the opinion of the court. The complaint is dismissed without prejudice for failure to pay the filing fee or qualify to proceed *in forma pauperis*. Leave to proceed *in forma pauperis* on appeal is denied. The clerk shall enter judgment and close the file.

SO ORDERED this 3d day of December, 2007.

s/Robert L. Hinkle
Chief United States District Judge